First Union Trust and Savings Bank, as trustee, appellee, v. Lillian Jorjorian et al., appellants. Gen. No. 36,423.

Heard in the first

division of this court for the first district. ▮▮▮▮▮ Opinion filed December 6, 1932.

Shulman, Shulman & Abrams; for appellants; Meyer Abrams, of counsel. Tatge & Tatge, for appellee. Robert F. Kolb, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.